IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

YVONNE FREEMAN,

      Plaintiff,

v.

WAL-MART STORES EAST, LP
(DELAWARE),

      Defendant.

Civil Action File No.
1:21-CV-00931-MLB

_____/

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendants Wal-Mart Stores East, LP, and pursuant to Federal Rule of Civil Procedure 56, hereby moves this Court to enter summary judgment in its favor. In support hereof, Defendant shows the Court the following:

1. Defendant shows that there is no genuine issue as to any material fact, and that Defendant is entitled to judgment in its favor as a matter of law.

2. In support of its Motion, Defendant relies on the following:

    a. Plaintiff's Complaint, and Defendant's Answer;

    b. Defendant's Statement of Material and Undisputed Facts, and all exhibits in the Court's record or attached thereto, including

Exhibits:

    A.    Video

    B.    Still Shots from Video

    C.    Declaration of Saturday Wuduwelh

    D.    Declaration of Priscilla Boutte

    E.    Deposition of Plaintiff Yvonne Freeman

    F.    Photos of the Restroom

d.    Brief in Support of this Motion for Summary Judgment; and

e.    All other competent and admissible evidence timely made a part of the record.

WHEREFORE, Defendant respectfully requests that the Court inquire into and grant its Motion for Summary Judgment.

Submitted this 28th day of May, 2022.

| | |
|---|---|
| 3445 Peachtree Road, N.E.<br>Suite 500<br>Atlanta, GA 30326<br>(404) 266-9171<br>ndeeb@mmatllaw.com<br>jdavis@mmatllw.com | McLAIN & MERRITT, P.C.<br><br>/s/ Nicholas E. Deeb<br>Nicholas E. Deeb<br>Georgia Bar No. 117025<br>Jacob D. Davis<br>Georgia Bar No. 382586<br>Attorneys for Defendant |

The undersigned counsel certifies that the foregoing was prepared with the Times New Roman font and 15-point font selections approved by the court in LR 5.1B.

                              McLAIN & MERRITT, P.C.

                              /s/ Nicholas E. Deeb
                              Nicholas E. Deeb
                              Georgia Bar No. 117025

## CERTIFICATE OF SERVICE

This is to certify that on May 28, 2022, I electronically filed DEFENDANT'S MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This the 28th day of May, 2022.

| | |
|---|---|
| 3445 Peachtree Road, N.E.<br>Suite 500<br>Atlanta, GA 30326<br>(404) 266-9171<br>ndeeb@mmatllaw.com<br>jdavis@mmatllw.com | McLAIN & MERRITT, P.C.<br><br>/s/ Nicholas E. Deeb<br>Nicholas E. Deeb<br>Georgia Bar No. 117025<br>Jacob D. Davis<br>Georgia Bar No. 382586<br>Attorneys for Defendant |